KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WV BAR 0722)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA 94612
    Telephone: (510) 637-3680

Attorneys for the Plaintiff

**FILED**

MAR 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON ALBERT,<br><br>    Defendant. | No. CR-05-00487 DLJ<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

    It is hereby stipulated, by and between the parties that the hearing on defendant's motion to suppress evidence be continued from Friday, March 3, 2006 at 11:00 a.m., shall be vacated and that the hearing be continued to Friday, March 10, 2006 at 11:00 a.m.

    It is also stipulated that the period from March 3, 2006 to March 10, 2006, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161©. Section 3161(h)(1)(F) allows for the exclusion of time when pretrial motions are pending. Moreover, the parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice served by granting a continuance.

    Such continuance is required to allow the parties additional time for effective preparation

1

of the case and continuity of defense counsel. Due to an illness in the family, government counsel filed its response to defendant's motion one court date after it was due. At the same time defense counsel was in a jury trial and needed additional time to reply to the government's response.

As such, the parties respectfully request that the matter be continued to March 10, 2006 for hearing on defendant's motion to suppress evidence.

DATED: March 1, 2006    Respectfully submitted,

_____
KIMBERLY M. BRIGGS
Assistant United States Attorney

DATED: 3/1/06

_____
JEROME MATTHEWS
Attorney for Jason Albert

**IT IS SO ORDERED.**

DATED: 3-2-06

_____
D. LOWELL JENSEN
United States District Judge

2