| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607 |
| | Telephone:  (510) 637-3500 |
| 5 | |
| | Counsel for Defendant JASON ALBERT |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05 00487 DLJ [WDB] |
| | ) | |
| Plaintiff, | ) | ORDER TEMPORARILY  RELEASING |
| | ) | JASON ALBERT FROM CUSTODY |
| vs. | ) | |
| | ) | |
| JASON ALBERT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This morning defendant Jason Albert requested that he be temporarily released from custody for the purposes of visiting Chantel Ontiveros, his sister and only sibling.  Ms. Ontiveros recently suffered a drug overdose and went into a coma.  She presently is on life support at San Leandro Hospital.  The government does not oppose this request.

   Good cause appearing therefor, IT IS ORDERED that the U.S. Marshals bring Jason Albert to their 1301 Clay Street facility on April 4, 2006, and release him for the limited purpose of visiting Chantel Ontiveros at San Leandro Hospital.

   IT IS FURTHER ORDERED that Mr. Albert return to the U.S. Marshals' 1301 Clay

RELEASE ORDER                              1

1  Street facility no later than 2:00 p.m. on April 4, 2006, and surrender himself.

3  Dated: April 3, 2006

*IT IS SO ORDERED*
*/s/ Wayne D. Brazil*
Judge Wayne D. Brazil

_____
WAYNE D. BRAZIL
United States Magistrate Judge