KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WV BAR 0722)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3680

Attorneys for the Plaintiff

**FILED**

APR 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON ALBERT, <br><br> Defendant. | No. CR-05-00487 DLJ <br><br> STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

    It is hereby stipulated, by and between the parties that the evidentiary hearing on defendant's motion to suppress evidence be continued from Friday, April 7, 2006 at 11:00 a.m., shall be vacated and that the hearing be continued to Friday, May 12, 2006 at 11:00 a.m.

    It is also stipulated that the period from April 7, 2006 to May 12, 2006, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161©. Section 3161(h)(1)(F) allows for the exclusion of time when pretrial motions are pending. Moreover, the parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice served by granting a continuance.

    Such continuance is required because one of the law enforcement officers in this case is

1

unavailable for most of the month of April. As such, the parties respectfully request that the matter be continued to May 12, 2006 for the evidentiary hearing on defendant's motion to suppress evidence.

DATED: April 5, 2006             Respectfully submitted,

                                 _____
                                 KIMBERLY M. BRIGGS
                                 Assistant United States Attorney

DATED: 4/5/06                    _____
                                 JEROME MATTHEWS
                                 Attorney for Jason Albert

**IT IS SO ORDERED.**

DATED: 4-12-06                   _____
                                 D. LOWELL JENSEN
                                 United States District Judge