FILED

JUN 1 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WV BAR 0722)
   Chief, Criminal Division
4  KIMBERLY M. BRIGGS (CSBN 132043)
   Assistant United States Attorney
5
6    1301 Clay Street, Suite 340-S
     Oakland, CA 94612
7    Telephone: (510) 637-3680

8  Attorneys for the Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11
12 UNITED STATES OF AMERICA,        )
                                    )
13           Plaintiff,             )   No. CR-05-00487 DLJ
                                    )
14     v.                           )   STIPULATION AND ORDER
                                    )   TO CONTINUE HEARING ON
15                                  )   DEFENDANT'S
   JASON ALBERT,                    )   MOTION TO SUPPRESS EVIDENCE
16                                  )
             Defendant.             )
17                                  )
18 ──────────────────────────────────

19     It is hereby stipulated, by and between the parties that the evidentiary hearing on

20 defendant's motion to suppress evidence be continued from Friday, June 16, at 11:00 a.m. to

21 Friday, June 30, 2006 at 11:00 a.m.

22     It is also stipulated that the period from June 16, 2006 to June 30, 2006, shall be excluded

23 from the calculation of time in which the trial of the above captioned matter must commence

24 pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161©. Section 3161(h)(1)(F) allows

25 for the exclusion of time when pretrial motions are pending. Moreover, the parties stipulate that

26 the time is excludable from the time limitations of the Speedy Trial Act because the interests of

27 justice served by granting a continuance.

28     Such continuance is required because the transcript from the evidentiary hearing on May

STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
[CR-05-00487 DLJ]

1 | 12, 2006 has yet to be provided to the parties. The government needs to review the transcript
2 | before responding to defendant's motion. According to the court reporter, who has been ill and
3 | in trial in another court, the transcript should be provided to the parties by June 12, 2006. As
4 | such, the government will be able to respond to the defendant's pleading by Friday, June 16,
5 | 2006, with the hearing to take place on June 30, 2006.

DATED: June 12, 2006

Respectfully submitted,

*/s/ KIMBERLY M. BRIGGS*
KIMBERLY M. BRIGGS
Assistant United States Attorney

DATED: 6/12/06

*/s/ JEROME MATTHEWS*
JEROME MATTHEWS
Attorney for Jason Albert

**IT IS SO ORDERED.**

DATED: 6-13-06

*/s/ D. Lowell Jensen*
D. LOWELL JENSEN
United States District Judge

-2-

STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
[CR-05-00487 DLJ]

06/12/2006 MON 10:38 [TX/RX NO 7913]